UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -7 P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IRENE McCARTHY,<br>    Plaintiff,<br><br>v.<br><br>TAYLOR STRAUSS and,<br>MARK STRAUSS,<br>    Defendants. | Civil Action Docket No.: 04-11167DPW |

## AMENDED COMPLAINT

### Introduction

This claim arises out of a motor vehicle accident which occurred in Brighton, Massachusetts on June 1, 2001 in which the Plaintiff suffered personal injury and losses as a consequence of the negligence of the Defendant operator.

Plaintiff, Irene McCarthy, was the Principal of the Taft Middle School located in Brighton, Massachusetts. On June 1, 2001, at approximately 12:30 p.m., Plaintiff was returning to the school after attending an off-site meeting. Plaintiff was waiting to make a left hand turn to enter the Taft Middle School driveway, when her vehicle was rear-ended by a vehicle driven by Defendant, Taylor Strauss and owned by Defendant Mark Strauss. Plaintiff sustained a spinal injury as a result of the negligence of the Defendants. Plaintiff seeks monetary damages for her medical expenses, lost wages, pain and suffering, emotional distress, and such other relief as the Court deems appropriate.

### PARTIES

1. Plaintiff, Irene McCarthy, is a natural person residing at 364 Plain Street, Stoughton, Norfolk County, Massachusetts.

2. Defendant, Taylor Strauss, was residing at 367 Market Street, Brighton, Suffolk County, Massachusetts at the time of the accident. Upon information and belief, Taylor Strauss is a citizen of the state of Connecticut.

3. Defendant, Mark Strauss, is a natural person residing at 28 Madison Lane, West Simsbury, Hartford County, Connecticut.

## JURISDICTION

1. Jurisdiction is proper as the Plaintiff is a citizen of the state of Massachusetts, Defendants are citizens of the state of Connecticut, and the injury took place in Massachusetts. 28 U.S.C. 1332 (a).

2. The amount in controversy exceeds the sum or value of $75,000.00. Id.

## FACTUAL STATEMENT

1. During the school year 2000-2001, Plaintiff was the Principal of the Taft Middle School located at 20 Warren Street in Brighton, Massachusetts.

2. On June 1, 2001, Plaintiff was returning to the Taft Middle School after attending a meeting at another Boston Public School.

3. Plaintiff was driving her 1994, brown, Buick Century in a safe and proper manner.

4. The weather conditions were clear and sunny.

5. At approximately 12:30 pm, Plaintiff's vehicle was completely stopped on Warren Street with her left turn signal on, waiting to take a left turn into the Taft Middle School driveway.

6. Defendant, Taylor Strauss, negligently and carelessly struck Plaintiff's vehicle with his vehicle, Connecticut license plate number 209MPH, from behind, causing serious personal injury to the Plaintiff and property damage to her vehicle.

7. Defendant, Mark Strauss, is the registered owner for the vehicle driven by Defendant, Taylor Strauss.

8. Plaintiff was taken from the scene of the accident by ambulance to St. Elizabeth's Hospital in Brighton, Massachusetts.

9. Plaintiff was transferred from St. Elizabeth's Hospital to the New England Medical Center and admitted to its spinal cord unit for treatment.

10. Plaintiff's spinal cord was five (5) centimeters out of alignment as a result of the impact of Defendant's vehicle.

11. Plaintiff's vehicle was declared a total loss by her insurance company, Commerce Insurance, Inc. of Webster, Massachusetts.

12. Plaintiff was completely and totally incapacitated for approximately two months following the accident.

### COUNT I
(Negligence Against Taylor Strauss)

13. Plaintiff repeats and realleges the allegations set forth in the preceding paragraphs.

14. Defendant, Taylor Strauss, carelessly and negligently operated the motor vehicle which struck the Plaintiff's motor vehicle causing extensive damage to the Plaintiff's motor vehicle and serious bodily injury to the Plaintiff.

15. As a direct result of the collision, caused solely and exclusively by the negligent operation of a motor vehicle by the Defendant, Taylor Strauss, the Plaintiff suffered serious bodily injury to her spinal cord, suffered great pain of mind and body, and continues to suffer from her injuries to the present time, as well as undergoing hospitalization, medical treatment and physical therapy. She was prevented from continuing her normal duties and activities, and incurred monetary expenses.

WHEREFORE, the Plaintiff, Irene McCarthy, demands judgment against the Defendant Taylor Strauss in the amount of damages, both direct and consequential, that were sustained by her as a result of the negligent actions of the Defendant, along with interest and costs.

### COUNT II

(Negligence of the Owner, Mark Strauss)

16. Plaintiff, Irene McCarthy, repeats and realleges the allegations set forth in the preceding paragraphs.

17. Mark Strauss of West Simsbury, Hartford County, Connecticut was the registered owner of the vehicle operated by Taylor Strauss on June 1, 2001.

18. Mark Strauss knowingly and willfully permitted and allowed the operation of said vehicle by Taylor Strauss.

19. Pursuant to law, the registered owner of a motor vehicle is presumed responsible for the acts of the operator and as such, Mark Strauss is responsible for the damages suffered by the Plaintiff described herein.

WHEREFORE, the Plaintiff, Irene McCarthy, demands judgment against the Defendant Mark Strauss in the amount of damages, both direct and consequential, that were sustained by her as a result of the negligent actions of the Defendant, along with interest and costs.

IRENE McCARTHY,

By her attorney,

Cornelius J. Sullivan
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126-2803
(617) 296-0552
BBO 485160