AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

FILED
CLERKS OFFICE
2004 JUL 29 P 12: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

IRENE MCCARTHY

V.

MARK STRAUSS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-11167 DPW**

TO: (Name and address of Defendant)

MARK STRAUSS
28 MADISON LANE
WEST SIMSBURY, CT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CORNELIUS J. SULLIVAN
SULLIVAN & WALSH
51 ELLISON AVENUE
MATTAPAN, MA 02126-2803

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              6-2-04

CLERK

(By) DEPUTY CLERK



IRENE MCCARTHY

                   Plaintiff(s), Petitioner(s)

against

MARK STRAUSS

                   Defendant(s), Respondent(s)

CLIENT: Cornelius J. Sullivan, Esquire

INDEX NO.: 04 11167 DPW

DATE OF FILING: 6/2/2004

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **July 22, 2004 at 7:00 AM at 28 Madison Lane, West Simsbury, CT**, deponent served the **Summons In A Civil Action and Complaint** upon **Mark Strauss**, (Defendant/Respondent) herein known as Recipient. Said service was effected in the following manner:

By delivering thereat a true copy of each **Summons In A Civil Action and Complaint** to **Mark Strauss**, personally; Deponent knew said person so served to be the person mentioned and described as said recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**

I asked the Recipient if he/she was in active military service of the United States or the State of Connecticut in any capacity and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Recipient is not in the military service of Connecticut State or the United States as that term is defined in the statues of Connecticut State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Rich Zechiel, Private Process Server

Sworn to before me on July 22, 2004

_____
Notary Public
My Commission Expires: 08/31/2004