UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRENE McCARTHY | ) | Civil Action Docket No.: 04-11167DPW |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' ANSWER AND JURY CLAIM** |
| | ) | |
| TAYLOR STRAUSS and | ) | |
| MARK STRAUSS, | ) | |
| Defendants | ) | |

## PARTIES

1.     The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 1.

2.     Defendants admit the allegations of paragraph 2.

3.     Defendants admit the allegations of paragraph 3.

## JURISDICTION

1.     The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 1.

2.     The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 2.

## FACTUAL STATEMENT

1.     The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 1.

2.     The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 2.

3.     The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 3.

4.     Defendants admit the allegations of paragraph 4.

5.    The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 5.

6.    The Defendants deny the allegations of paragraph 6.

7.    Defendants admit the allegations of paragraph 7.

8.    The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 8.

9.    The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 9.

10.    The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 10.

11.    The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 11.

12.    The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 12.

## COUNT I

13.    The Defendants repeats their responses to paragraphs 1 through 12 as if set forth in full herein.

14.    The Defendants deny the allegations of paragraph 14.

15.    The Defendants deny the allegations of paragraph 15.

## COUNT II

16.    The Defendants repeat their responses to paragraphs 1 through 15 as if set forth in full herein.

17.    Defendants admit the allegations of paragraph 17.

18.    Defendants admit the allegations of paragraph 18.

19.    The Defendant denies the allegations of paragraph 19.

## OTHER DEFENSES

1.    The Defendants say that if it shall be found that the Defendants were negligent, the Plaintiff was also negligent in a degree greater than the Defendants.

2.    The Defendants say that if it shall be found that the Defendants were negligent, the Plaintiff was also negligent, wherefore, the Defendants are not liable for all of the Plaintiff's claims against the Defendants.

## JURY CLAIM

The defendants claim trial by jury.

Defendants
By their attorneys,

Ronald E. Harding, BBO# 221340
Elizabeth A. Shaw, BBO#655183
Weston, Patrick Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on ___/ ___/___