UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Docket No.: 04-11167DPW

| | |
|---|---|
| IRENE McCARTHY       ) | |
|     Plaintiff      ) | |
|                   ) | |
| v.                   ) | |
|                   ) | |
| TAYLOR STRAUSS and   ) | |
| MARK STRAUSS,        ) | |
|     Defendants    ) | |

**DEFENDANTS' PORTION OF JOINT STATEMENT
PURSUANT TO LOCAL RULE 16.1(d)**

Pursuant to Local Rule 16.1(d) in connection with the scheduling conference presently scheduled for September 9, 2004, the Defendants propose the following report:

1. Position of the Defendants

The Defendant Taylor Strauss admits that on June 1, 2001 he was driving on Warren Street in Brighton, MA when his vehicle collided with the Plaintiff's vehicle. Defendant Mark Strauss admits that on June 1, 2001 he was the owner of a 1991 Toyota Camry which he had given Taylor Strauss permission to use. The Defendants dispute liability, the nature and extent of the Plaintiff's injuries, the reasonable necessity of her medical expenses, and any loss of earning capacity alleged by the Plaintiff.

2. Discovery Plan Proposed by the Defendants

The Defendants propose that the parties should be permitted ten (10) months to conduct discovery, that the Plaintiff should designate experts and make a Rule 26(a)(2) disclosure of expert testimony within seven (7) months after discovery begins, that Defendants should designate experts and make a Rule 26(a)(2) expert designation within

nine (9) months after discovery begins, that the Plaintiffs should file a rebuttal Rule 26(a)(2) within nine and one-half (9 ½) months after discovery begins, that summary judgment briefs should be filed within eleven (11) months after discovery begins, and that summary judgment oppositions should be filed within twelve (12) months after discovery begins. The Defendants contend that discovery should begin on September 9, 2004.

3. Rule 16.1(3) Statement of Taylor Strauss and Mark Strauss is attached as Exhibit A.

        Defendants,
        By their Attorneys,

        s/Elizabeth A. Shaw
        _____
        Elizabeth A. Shaw, BBO#655183
        Ronald E. Harding, BBO#221340
        Weston, Patrick, Willard & Redding
        84 State Street
        Boston, MA 02109
        617-742-9310