UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Docket No.: 04-11167DPW

| | |
|---|---|
| IRENE McCARTHY )<br>    Plaintiff )<br> )<br>v. )<br> )<br>TAYLOR STRAUSS and )<br>MARK STRAUSS, )<br>    Defendants ) | **RULE 16.1(3) STATEMENT OF**<br>**TAYLOR STRAUSS AND MARK STRAUSS** |

NOW COME counsel for the defendants in the above-captioned matter and defendants' insurer and certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs.

s/Jim Merket
_____
United Services Automobile Association
By: Jim Merket, Litigation Manager

s/Ronald E. Harding
_____
Ronald E. Harding, BBO#221340
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109-2299
617-742-9310