**CERTIFICATE OF SERVICE**

This will certify that on this date I served the attached document(s) on the attorneys of record in the above-entitled action by mailing a copy thereof, postage prepaid.

                    S/Elizabeth A. Shaw
                    _____
                    Elizabeth A. Shaw
                    BBO #655183
                    Weston, Patrick, Willard & Redding
                    84 State Street
                    Boston, MA 02109
                    (617) 742-9310

Dated: _____