UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

IRENE McCARTHY,

    Plaintiff,

v.

TAYLOR STRAUSS and
MARK STRAUSS,
    Defendants.

Civil Action Docket No.:
04-1167DPW

## PLAINTIFF'S PORTION OF JOINT STATEMENT
## PURSUANT TO LOCAL RULE 16.1(d)

Pursuant to Local Rule 16.1(d) in connection with the scheduling conference presently scheduled for September 9, 2004, the Plaintiff proposes the following report:

1. Position of the Plaintiff:

The plaintiff, Irene McCarthy, the principal of the Taft School in Brighton, Massachusetts was returning to the school from other work related duties and she was taking a left into the driveway of the school when she was struck from behind by the defendant, Taylor Strauss. The plaintiff was injured and was in the performance of her duties. She received workers compensation and her medical bills were paid through the workers compensation program. Those costs are a first lien on any recovery.

2. Discovery Plan Proposed by the Plaintiff:

The plaintiff adopts the discovery plan of the defendants.

3. Rule 16.1(3) Statement of Taylor Strauss and Mark Strauss:

The plaintiff is amenable to alternative dispute resolution at all stages of the case.

IRENE McCARTHY,
By her Attorney,

Cornelius J. Sullivan
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126-2803
(617) 296-0552 (FAX) 617-296-0005

CERTIFICATE OF SERVICE

This date I faxed a copy of the Plaintiff's portion of the joint statement to:

Elizabeth A. Shaw, Esquire and Ronald E. Harding, Esquire, both of Weston, Patrick, Willard & Redding, 84 State Street, Boston, MA 02109 at (617) 742-5734.

9/9/04