UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Docket No.: 04-11167DPW

| | |
|---|---|
| IRENE McCARTHY        )  | |
|     Plaintiff        ) | |
|                            ) | |
| v.        ) | |
|                            ) | |
| TAYLOR STRAUSS and        ) | |
| MARK STRAUSS,        ) | |
|     Defendants        ) | |

**RULE 37(a)(2)(A) AND RULE 37(a)(2)(B) CERTIFICATION**

Counsel for the Defendants has in good faith conferred with counsel for the Plaintiff in an effort to secure the Plaintiff's Initial Disclosures, Answers to Interrogatories, and Responses to Requests for Production of Documents without court action.

Defendants,
By their Attorney,

s/Elizabeth A. Shaw

_____
Elizabeth A. Shaw
BBO#: 655183
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310

**CERTIFICATE OF SERVICE**

This will certify that on this date I served this document(s) on the attorneys of record in the above-entitled action by mailing a copy thereof, postage prepaid.

s/Elizabeth A. Shaw

_____
Elizabeth A. Shaw, BBO #655183
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310

Dated: 12/23/04