UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IRENE MCCARTHY**
    **Plaintiff,**

    **v.**　　　　　　　　　　　　　　　　**CIVIL ACTION**
　　　　　　　　　　　　　　　　　　　**NO. 04-11167-DPW**

**TAYLOR STRAUSS ET AL**
    **Defendants.**

## ORDER OF REFERENCE

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge COLLINGS for the following proceedings:

(A)    Determination (Order) on:
        ( )  Rule 16(b) and/or Pretrial proceedings _____
        **(x)**  Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
            See Documents Numbered : [9] MOTION TO COMPEL
        ( )  Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

        Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
        28 U.S.C. §636(b)(1)(A)

(B)    Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
           See Documents Numbered: _____ .

(C)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( )  In accordance with Rule 53, F.R.Civ.P.
        ( )  In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)    Special instructions: referred for Hearing and determination on [9] Motion to compel.

February 7, 2005　　　　　　　　　　　　By : /s/ Michelle Rynne
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk