# United States District Court
# District of Massachusetts

IRENE McCARTHY,
    Plaintiff

v.                      CIVIL ACTION NO. 2004-11167-DPW

TAYLOR STRAUSS,
MARK STRAUSS,
    Defendants.

## ORDER ON DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO SERVE INITIAL DISCLOSURES, ANSWER INTERROGATORIES AND RESPOND TO REQUESTS FOR PRODUCTION OF DOCUMENTS (#9)

COLLINGS, U.S.M.J.

    No opposition having been filed, it is ORDERED that Defendants' Motion to Compel Plaintiff to Serve Initial Disclosures, Answer Interrogatories and Respond to Requests for Production of Documents (#9) be, and the same hereby is, ALLOWED to the following extent:

The defendant is ORDERED, pursuant to Rule 37(a)(2), Fed.R.Civ.P., to serve full and complete answers to plaintiff's interrogatories, to serve a full and complete response to plaintiff's document requests, to produce copies of all requested documents and to provide initial disclosures *on or before the close of business on Monday, February 28, 2005.*

Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed.R.Civ.P.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 8, 2005.