UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Docket No.: 04-11167DPW

| | |
|---|---|
| IRENE McCARTHY          ) | |
|     Plaintiff          ) | |
|                            ) | |
| v.                                 ) | |
|                            ) | |
| TAYLOR STRAUSS and ) | |
| MARK STRAUSS,       ) | |
|     Defendants         ) | |

### **DEFENDANTS' ASSENTED TO MOTION TO EXTEND THE SCHEDULING ORDER**

NOW COME the defendants and move this Court to extend the time for completing discovery and deposition discovery for a period of two months and to extend the date for all scheduling events accordingly. As grounds therefore, the defendants state as follows:

1. The Scheduling Conference in this matter was held on September 9, 2004. As a result of the conference, it was ordered that discovery and deposition discovery be completed by February 25, 2005.

2. Plaintiff served her answers to interrogatories and responses to requests for production of documents on February 28, 2005.

3. Plaintiff's counsel has advised that until recently the plaintiff was seriously ill from unrelated causes.

4. The defendants request additional time in order to take depositions, subpoena the plaintiff's medical records, and conduct other further discovery.

5. The parties contemplate settlement. Plaintiff's attorney has advised that there are liens on this claim and that he currently is seeking the total amounts of the liens.

6. It is now apparent that the amount of time allowed for completion of discovery is inadequate.

WHEREFORE, the defendants respectfully request this Court to grant this Motion to extend the time for completing discovery under the scheduling order for a period of two months and to extend the date for all subsequent scheduling events accordingly.

Defendants
By their attorney,

/s/Elizabeth A. Shaw
_____
Elizabeth A. Shaw, BBO#655183
Weston, Patrick, Willard & Redding
84 State St.
Boston, MA 02109-2299
617-742-9310

ASSENTED TO:
Plaintiff
By her attorney,

/s/Cornelius J. Sullivan
_____
Cornelius J. Sullivan, BBO#485160
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126
617-296-0005

## CERTIFICATE OF SERVICE

This will certify that on this date I served this document(s) on the attorneys of record in the above-entitled action by mailing a copy thereof, postage prepaid.

                                                s/Elizabeth A. Shaw
                                              _____
                                              Elizabeth A. Shaw, BBO #655183
                                              Weston, Patrick, Willard & Redding
                                              84 State Street,
                                              Boston, MA 02109
                                              617-742-9310

Dated:  3/30/05