UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRENE McCARTHY | ) | |
|     Plaintiff | ) | Civil Action Docket No.: 04-11167DPW |
| | ) | |
| v. | ) | |
| | ) | |
| TAYLOR STRAUSS and | ) | |
| MARK STRAUSS, | ) | |
|     Defendants | ) | |

**JOINT STATUS REPORT**

    Now come the parties to the above referenced matter and pursuant to the Order of the Court, submit the following status report.

    The parties have completed the written portion of discovery and are requesting that the Court grant an additional period of two months in which to conduct depositions. The plaintiff, who has been seriously ill from causes unrelated to the present matter, is now sufficiently recovered to attend a deposition. Further documentation is being requested from the City of Boston concerning the workers' compensation payments made to the plaintiff.

    It is the intention of the parties to proceed with settlement discussions concurrently with the completion of depositions.

    The parties request that a pre-trial conference be scheduled at a date convenient for the court after June 7, 2005.

Plaintiff

By her attorney,

/s/ Cornelisu J. Sullivan
_____
Cornelius J. Sullivan, BBO#485160
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126
(617) 296-0005

Defendants

By their attorney,

/s/ Elizabeth A. Shaw
Elizabeth A. Shaw, BBO#655183
Weston, Patrick, Willard & Redding
84 State St.
Boston, MA 02109-2299
 (617) 742-9310