UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRENE McCARTHY,
    Plaintiff

CIVIL ACTION NO. 04-11167-DPW

v.

TAYLOR STRAUSS,
    Defendant

**SCHEDULING ORDER**

WOODLOCK, D.J.

    The above-entitled action having been heard on April 7, 2005, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)    Motion for extension of time to complete discovery is ALLOWED; discovery is to be completed by **MAY 31, 2005**, unless shortened or enlarged by Order of this Court;

(2)    A further scheduling/status conference is set for **JUNE 8, 2005 AT 2:30 P.M.** in Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J. By **JUNE 3, 2005**, the parties shall file a STATUS REPORT indicating the current status of the case, including discovery proceedings, settlement discussions, pending or contemplated motions, proposed dates for pretrial conferences and for trial, and any other matters which should be addressed at the further conference.

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

    Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel,

if the Court can be of assistance in resolving preliminary issues or in settlement.

                                                                  By the Court,

                                                                   /s/ Michelle Rynne

DATED:    April 15, 2005                      Deputy Clerk