UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Docket No.: 04-11167DPW

|  |  |
|---|---|
| IRENE McCARTHY | ) |
|     Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| TAYLOR STRAUSS and | ) |
| MARK STRAUSS, | ) |
|     Defendants | ) |

**JOINT STATUS REPORT**

I.  DISCOVERY

Answers to Interrogatories and Responses to Requests for Production of Documents have been exchanged between the parties.  Depositions of both the Plaintiff and Defendant Taylor Strauss have been taken.  Defendants have served Plaintiff's medical providers with keeper of the records subpoenas, and all but two of the responses have been received.  The Defendants are currently considering having a records review and possibly an independent medical examination of the Plaintiff conducted upon receipt of the remainder of the responses.

II.  SETTLEMENT DISCUSSIONS

The Plaintiff's demand is $100,000.

III. CONTEMPLATED MOTIONS

None anticipated by the Defendant.  The Plaintiff is considering filing a Motion for Summary Judgment on the issue of liability, based on the deposition testimony of Defendant Strauss.

IV. PROPOSED DATES FOR PRETRIAL CONFERENCE AND TRIAL

The parties agree that a pretrial conference should be scheduled after July 8, 2005 and

that a trial should be scheduled anytime after a month from the pretrial conference.

Plaintiff
By her attorney,

/s/Cornelius J. Sullivan
_____
Cornelius J. Sullivan, BBO#485160
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126
617-296-0005


Defendants
By their attorney,

/s/Elizabeth A. Shaw
_____
Elizabeth A. Shaw, BBO#655183
Weston, Patrick, Willard & Redding
84 State St.
Boston, MA 02109-2299
617-742-9310

## CERTIFICATE OF SERVICE

This will certify that on this date I served this document(s) on the attorneys of
record in the above-entitled action by mailing a copy thereof, postage prepaid.

Plaintiff
By her attorney,

/s/Cornelius J. Sullivan
_____
Cornelius J. Sullivan, BBO#485160
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126
617-296-0005

Dated: _____